

> Application granted in part and denied in part.
>
> The application is granted to the extent that Defendants' time to file their anticipated motion for reconsideration is extended to May 10, 2024. Plaintiff's opposition shall be filed by June 5, 2024. The application is denied to the extent that Defendants seek permission to file a reply brief in support of their motion for reconsideration.
>
> Additionally, Defendants' request for an extension of time to file their answer to the complaint is granted. Defendants shall file their answer by May 10, 2024.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 27.
>
> SO ORDERED.
>
> 
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             May 3, 2024

May 2, 2024

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:     *Timothy J. Lehey v. Northwell Health Inc., and North Shore-LIJ Anesthesiology, P.C.*
        Case No. 23-cv-04708 (PMH)

Dear Judge Halpern:

This firm represents Defendants Northwell Health Inc. and North Shore-LIJ Anesthesiology, P.C. in the above-captioned matter.  Pursuant to local Rule 6.3, Defendants intend to move for reconsideration of the Court's April 19, 2024 Order denying Defendants' Motion to Dismiss the Complaint.  Defendants write to respectfully request a one (1) week extension of time to file and serve their anticipated motion for reconsideration, through and including **May 10, 2024**. Defendants' motion for reconsideration is currently due May 3, 2024.  The parties have conferred in advance and, if the Court grants Defendants' request for an extension, the requested briefing schedule for Defendants' anticipated motion for reconsideration is as follows: Defendants' motion for reconsideration shall be served and filed by **May 10, 2024**; Plaintiff's opposition shall be served and filed by **June 5, 2024**; and Defendants' reply shall be served and filed by **June 28, 2024**.

Additionally, Defendants request that their Answer to Plaintiff's Complaint be due fourteen (14) days after a decision is issued on Defendants' motion for reconsideration.

There have been no previous requests for an adjournment or extension of these deadlines and Plaintiff consents to this request.

We thank the Court for its courtesies and consideration of this request.

Respectfully submitted,

**LITTLER MENDELSON P.C.**

*/s/ Brittany Frank*
Brittany Frank

4882-8468-8315.1

littler.com