UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY J. LEHEY,

                 Plaintiff,

    -against-

NORTHWELL HEALTH, INC., and NORTH SHORE LIJ ANESTHESIOLOGY, P.C.,

                 Defendants.

**ORDER**

23-CV-04708 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A telephonic conference was held today regarding the parties' joint request for an extension of the discovery schedule (Doc. 49). Counsel for all parties appeared. As discussed at the conference, the Court granted an extension of the deadlines for completion of fact discovery and expert discovery to March 31, 2025. The case management conference scheduled for April 14, 2025 is adjourned to May 8, 2025 at 10:30 a.m. No further adjournments or extensions of these deadlines will be granted.

    See transcript.

SO ORDERED:

Dated: White Plains, New York
       January 7, 2025

                                        Hon. Philip M. Halpern
                                        United States District Judge