UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY J. LEHEY,

                Plaintiff,

    -against-

NORTHWELL HEALTH, INC., and NORTH SHORE LIJ ANESTHESIOLOGY, P.C.,

                Defendants.

**ORDER**

23-CV-04708 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A conference was held today regarding Plaintiff's application to compel Defendants' responses to certain discovery requests (Doc. 54). Counsel for all parties appeared. As discussed at the conference, the Court granted in part and denied in part Plaintiff's application to compel discovery responses. The Court directed the parties to meet and confer regarding referral to the Magistrate Judge for a settlement conference and Defendants to, by **February 25, 2025**, advise the Court whether the parties are requesting a referral.

    See transcript.

SO ORDERED:

Dated: White Plains, New York
       February 18, 2025

                                                    Hon. Philip M. Halpern
                                                  United States District Judge