

April 8, 2025

> Application granted. The Parties' time to file any summary judgment pre-motion letter and Rule 56.1 Statement is extended to May 7, 2025. The case management conference scheduled for May 8, 2025 is adjourned *sine die*.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 71.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            April 9, 2025

**VIA ECF**

The Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:** Timothy J. Lehey v. Northwell Health, Inc. and North Shore LIJ Anesthesiology, P.C.
Case No. 7:23-cv-04708-PMH

Dear Judge Halpern:

As you are aware, we represent Defendants Northwell Health, Inc. and North Shore LIJ Anesthesiology, P.C. ("Defendants") in the above-referenced case. We write to respectfully request a brief, one-week extension of the Parties' deadline to file a pre-motion conference letter concerning an anticipated motion for summary judgment. Plaintiff consents to this request.

Per Your Honor's Individual Rules of Practice, the pre-motion conference letter, along with the Parties' combined Rule 56.1 Statement and responses, is currently due April 30. However, Plaintiff's Counsel is currently on vacation, returning April 16, 2025. As such, a brief extension of the deadline to submit the pre-motion conference letter and Rule 56.1 Statement until May 7, 2025 will allow for adequate time for the Parties to comply with Your Honor's requirements for the omnibus Rule 56.1 Statement, and prepare for the mediation, currently scheduled for April 25, 2025.

We thank the Court for its consideration of this request.

Respectfully submitted,

Littler Mendelson, P.C.

*/s/ Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez
Samantha DeRuvo

cc:      All counsel of record (via ECF)