UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY J. LEHEY,

                    Plaintiff,

      -against-

NORTHWELL HEALTH, INC., and NORTH SHORE LIJ ANESTHESIOLOGY, P.C.,

                    Defendants.

**ORDER**

23-CV-04708 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has received a joint request from the Parties to conditionally dismiss this case. (Doc. 73). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
       April 28, 2025

                                            _____
                                            Philip M. Halpern
                                            United States District Judge